
FILED
NOV 05 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> LEANN MARTEN, Regional Forester, USFS Region One, U.S. FOREST SERVICE, and U.S. FISH & WILDLIFE SERVICE, <br><br> Defendants, <br> and <br><br> SUN MOUNTAIN LUMBER, INC., a Montana Corporation, <br><br> Defendant-Intervenor. | CV 18–87–M–DLC <br><br> ORDER |

Before the Court is Plaintiff's Motion for *Pro Hac Vice* Admission of Sara Ghafouri (Doc. 36). Plaintiff states that Trent N. Baker will act as local counsel for Sara Ghafouri ("Ghafouri"). Ghafouri's application appear to be in order. Accordingly,

IT IS ORDERED that Plaintiff's Motion (Doc. 36) is GRANTED on the

condition that Ghafouri shall do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Ghafouri shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Ghafouri shall file a separate pleading acknowledging her admission under the terms set forth above within fifteen days of this Order. Should Ghafouri fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 5th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court