

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, | CV 18–87–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| LEANN MARTEN, Regional Forester, USFS Region One, U.S. FOREST SERVICE, and U.S. FISH & WILDLIFE SERVICE, | |
| Defendants, | |
| and | |
| SUN MOUNTAIN LUMBER, INC., a Montana Corporation, | |
| Defendant-Intervenor. | |

Before the Court is Defendant-Intervenor's Motion for *Pro Hac Vice*

Admission of Lawson E. Fite. (Doc. 80). Defendant-Intervenor states that Trent

N. Baker will act as local counsel for Fite. Fite's application appear to be in

order. Accordingly,

IT IS ORDERED that Defendant-Intervenor's Motion (Doc. 80) is

GRANTED on the condition that Fite shall do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Fite shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Fite shall file a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order. Should Fite fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 10th day of February, 2020.

Dana L. Christensen, Chief Judge
United States District Court