IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, | CV 18–87–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| LEANNE MARTEN, Regional Forester, USFS Region One, U.S. FOREST SERVICE, and U.S. FISH & WILDLIFE SERVICE, | |
| Defendants, | |
| and | |
| SUN MOUNTAIN LUMBER, INC., a Montana Corporation, | |
| Defendant-Intervenor. | |

Before the Court is the parties' Stipulated Attorney Fees and Costs Settlement Agreement. (Doc. 100.)

IT IS ORDERED that the Stipulation is APPROVED and the terms of the Stipulation are binding on the Parties.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Attorney Fees (Doc. 95) and Application for Taxation of Costs (Doc. 97) are DENIED as moot.

DATED this 31st day of July, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court